UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-61875-RAR

**WILLIAM RICHARDSON**,

    Plaintiff,

v.

**NATIONAL CREDIT SYSTEMS, INC.**,

    Defendant.
_____/

## ORDER ON SETTLEMENT AGREEMENT

**THIS CAUSE** comes before the Court upon Plaintiff's Stipulation of Dismissal [ECF No. 12], filed on December 17, 2021. Plaintiff requests the Court retain jurisdiction to enforce the terms of the settlement agreement. However, the parties have not filed the settlement agreement on the docket. The Court will not retain jurisdiction over a settlement agreement it has not fully seen or approved. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties may re-file their joint stipulation of dismissal by **January 10, 2022**, including with it a copy of their settlement agreement on the public docket, or removing the request that the Court retain jurisdiction.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of January, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**