UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-61875-RAR

**WILLIAM RICHARDSON**,

    Plaintiff,

v.

**NATIONAL CREDIT SYSTEMS, INC.**,

    Defendant.
_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon Plaintiff's Renewed Stipulation for Dismissal [ECF No. 14]. The Court having reviewed the Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* as to Counts II and IV brought by Plaintiff individually and **DISMISSED** *without prejudice* as to Counts I and III brought by Plaintiff on behalf of a putative class. Plaintiff shall bear his own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of January, 2022.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc:    counsel of record